**Dismissed and Memorandum Opinion filed November 1, 2012.**



In The

# Fourteenth Court of Appeals

---

NO. 14-12-00851-CR
NO. 14-12-00852-CR
NO. 14-12-00853-CR

---

**CHRISTOPHER MARIO TURTUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause Nos. 1335396, 1335456, & 1350337**

---

# M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to three counts of theft. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for eighteen months in the State Jail Division of the Texas Department of Criminal Justice. Appellant filed pro se notices of appeal. We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b)